# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1854
Lower Tribunal No. CF21-005959-XX

_____

MACKALA LINEVE JONES,

Appellant,
v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Sharon M. Franklin, Judge.

July 7, 2026

PER CURIAM.

AFFIRMED.

STARGEL, BROWNLEE and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Lisa B. Lott, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED